E-FILED
Friday, 14 August, 2009  04:29:12 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **RICK LEE WAFFLARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 09-CV-2089 |
| ) | |
| **HOLIDAY INN URBANA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#10) was filed by Magistrate Judge David G. Bernthal in the above cause on July 22, 2009.  More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#10) is accepted by this court.

(2) Defendant's Motion to Dismiss for Failure to State Claim Upon Which Relief Can Be Granted (#5) is DENIED.  This court notes that Defendant has already filed an Answer (#11) to Plaintiff's pro se Amended Complaint (#3).

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 14th  day of August, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE